UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW MEXICO

IN RE:

Joan D. Prouty, 8235,

       Debtor(s).              Case No. 7 08-13422 SA

ORDER GRANTING JPMORGAN CHASE BANK, NATIONAL ASSOCIATION'S MOTION TO ABANDON PROPERTY  LOCATED AT 8405 RACHELEIGH RD. NE, ALBUQUERQUE

       THIS MATTER came before the before the Court on September 12, 2011, at 9:30 a.m, upon the Motion to Abandon Property located at 8405 Racheleigh Rd. NE, Albuquerque filed by the Creditor JPMorgan Chase Bank, National Association on July 29, 2011.  The Creditor, JPMorgan Chase Bank, National Association (hereinafter "Creditor") appeared by and through its attorneys, Susan C. Little & Associates, P.A. (Karen H. Bradley); the Debtor, Joan D. Prouty, appeared by and through her attorney, Ronald E. Holmes; the Chapter 7 Trustee, Michael J. Caplan, did not appear.   The Court having considered the Motion and finding that the Chapter 7 Trustee did not object or appear, and being otherwise advised in the premise, FINDS that the Motion should be granted.

       IT IS, THEREFORE, THE ORDER OF THIS COURT that certain property located in the County of Bernalillo, State of New Mexico, and more particularly described as:

> Lot numbered Twenty-three (23) Amended Plat of ACADEMY NORTH SUBDIVISION, Albuquerque, New Mexico, as the same is shown and designated on the plat thereof, filed in the Office of the County Clerk of Bernalillo County, New Mexico, on September 19, 1984, in Plat Book C25, Folio 22 ("Property")

and having an address of 8405 Racheleigh Rd. NE, Albuquerque, New Mexico, is hereby deemed abandoned, and is no longer property of the bankruptcy estate.

IT IS FURTHER THE ORDER OF THIS COURT that this Order shall retain its effect and validity should this case be converted to another Chapter proceeding.

/s/ James S. Starzynski
James S. Starzynski
U S BANKRUPTCY COURT JUDGE

Date Entered on Docket: September 15, 2011

SUBMITTED BY:

SUSAN C. LITTLE & ASSOCIATES, P.A.

By: KAREN H. BRADLEY S/Electronically Submitted/ 9.14.11
Attorney for Creditor
4501 Indian School Road NE, Ste. 101
Albuquerque, New Mexico 87110
Post Office Box 3509
Albuquerque, New Mexico 87190-3509
(505) 254-7767   Fax: (505) 254-4706


APPROVED AS TO FORM BY:

Approved via Email 9.12.11
Ronald E. Holmes
Attorney for Debtor(s)
112 Edith Blvd. NE
(505) 268-3939


FOR INFORMATION PURPOSES ONLY

Michael J. Caplan
Trustee
827 East Santa Fe Avenue
Grants, NM 87020


Bankruptcy of Joan D. Prouty; USBC No. 7 08-13422 SA; P/A: 8405 Racheleigh Rd. SE, Albuquerque, NM 87109